IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TED W. SHAFFER and KATHERINE A. SHAFFER,<br><br>          Debtor. | Chapter 7<br><br>Case No. 07-6303<br><br>(Not for Publication- Electronic Docketing ONLY)<br><br>ORDER INCORPORATING MEMORANDUM DECISION OF OCTOBER 29, 2008 |

Based upon this Court's Memorandum Decision of October 29, 2008, which is incorporated herein by reference,

IT IS ORDERED directing the Trustee to recompute the distributions to be turned over to creditors and the Debtors in this dismissed case. Any funds remaining after the Arizona Department of Revenue is paid the full amount of its levy, or the sum of $826.50, will be returned to the Debtors.

IT IS FURTHER ORDERED that counsel for the Debtors shall receive no further compensation in this matter. The sum of $1,200 initially paid by the Debtors to counsel, at the commencement of this case, shall be the sole compensation that the firm shall receive in this matter.

1                      DATED this 29th day of October, 2008.

Honorable Sarah Sharer Curley
United States Bankruptcy Judge